ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
JEFFREY N. CANDRIAN (Colo. Bar #43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 532-3093
Fax: (303) 844-1350
E-mail: jeffrey.candrian@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY,

Plaintiff,

v.

DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation,

Defendants.

Case No. 2:26-cv-02665-GMN-NJK

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jeffrey N. Candrian, U.S. Department of Justice, as counsel of record in this matter for Defendants DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal

agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation. Mr. Candrian is registered for Electronic Case Filing.

Mr. Candrian's contact information is as follows:

**Mailing Address and Overnight Delivery/Street Address**
Jeffrey N. Candrian, Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202

**Telephone and Fax Numbers**
Telephone: (202) 532-3093
Facsimile: (303) 844-1350

**Electronic Correspondence**

jeffrey.candrian@usdoj.gov

Dated September 16, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Jeffrey N. Candrian*
JEFFREY N. CANDRIAN (Colo. Bar #43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 532-3093
Fax: (303) 844-1350
E-mail: Jeffrey.candrian@usdoj.gov
Attorneys for United States of America