# EXHIBIT 1

## Proposed Order Granting Motion to Intervene

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY,

Plaintiffs,

v.

DOUGLAS BURGUM, Secretary of the Interior, in his official capacity as Secretary of the Department of the Interior; U.S. Department of the Interior; U.S. Bureau of Reclamation; and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation,

Defendants.

Case No. 26-cv-2665

**[PROPOSED] ORDER GRANTING THE STATE OF ARIZONA'S MOTION TO INTERVENE**

Pending before the Court is the Motion to Intervene filed by the State of Arizona, acting through the Director of the Arizona Department of Water Resources ("Arizona"). Upon consideration of the Motion and the proposed Complaint in Intervention attached to the Motion as Exhibit 2, IT IS HEREBY ORDERED that:

1. The Motion to Intervene is GRANTED.

2. Arizona is permitted to INTERVENE as a Plaintiff in the current action and file a Complaint in Intervention.

IT IS SO ORDERED.

DATED this ____ day of ______________, 2026.

________________________________________
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE