# EXHIBIT B

## Post-2026 Colorado River Reservoir Operations Alternatives Report (Jan. 2025) (Excerpt)

BUREAU OF RECLAMATION

# Alternatives Report

## Post-2026 Operational Guidelines and Strategies for Lake Powell and Lake Mead

**Upper Colorado Basin Region**
**Lower Colorado Basin Region**





**U.S. Department of the Interior**

January 2025

The Department intends that the guidelines be interim in nature and extend for at least the same duration as the 2007 Interim Guidelines (approximately 20 years), subject to further consideration during the NEPA process. Adoption of new guidelines for an interim (or limited) period provides the opportunity to gain additional experience for operating the reservoirs, thereby informing future operational and water management decisions.

Recognizing additional authorities may be developed, it is the intent of the Department to adopt and implement the guidelines in a manner consistent with the Law of the River.[5] It is also the intent of the Department that the guidelines be used to implement the Criteria for Coordinated Long-Range Operation of Colorado River Reservoirs Pursuant to the Colorado River Basin Project Act of September 30, 1968 (LROC).

[5] The treaties, compacts, decrees, statutes, regulations, contracts, and other legal documents and agreements applicable to the allocation, appropriation, development, exportation, and management of the waters of the Basin are often referred to as the "Law of the River." There is no single, universally agreed-upon definition of the "Law of the River," but it is useful as a shorthand reference to describe this longstanding and complex body of legal agreements governing the Colorado River.