# EXHIBIT E

## Scoping Report for Post-2026 Colorado River Reservoir Operations (Oct. 2023) (Excerpt)

BUREAU OF RECLAMATION

# Scoping Report for Post-2026 Colorado River Reservoir Operations

## Upper and Lower Colorado Basin Regions





**U.S. Department of the Interior** **October 2023**

- Approaches that include opportunities for conservation, augmentation, demand management, or other water management strategies.
- Temporary emergency response operations at upstream Colorado River reservoirs to protect critical infrastructure at Glen Canyon Dam, so long as the project-specific operations of those reservoirs remain within their respective Records of Decision.

The Department intends that the guidelines be interim in nature and extend for at least the same duration as the 2007 Interim Guidelines (approximately 20 years), subject to further consideration during the NEPA process. Adoption of new guidelines for an interim (or limited) period provides the opportunity to gain additional experience for operating the reservoirs, thereby informing future operational and water management decisions.

Recognizing additional authorities may be developed, it is the intent of the Department to adopt and implement the guidelines in a manner consistent with the Law of the River.[2] It is also the intent of the Department that the guidelines be used to implement the Criteria for Coordinated Long-Range Operation of Colorado River Reservoirs Pursuant to the Colorado River Basin Project Act of September 30, 1968 (LROC).

## 5.2 Purpose and Need

In accordance with NEPA implementing regulations, a statement of purpose and need is required in an EIS to explain why the agency is proposing the action. The "need" for the action may be described as the underlying problem or opportunity to which the agency is responding with the action; the "purpose" may refer to the goal or objective that the agency is trying to achieve (43 CFR 46.420).

The proposed federal action is needed for the following reasons:

- The Secretary is legally required to coordinate operations of Colorado River reservoirs: The Colorado River Basin Project Act of 1968 directs the Secretary to propose criteria for the coordinated long-range operation of Colorado River reservoirs. In compliance with this obligation, the LROC were developed and adopted by the Secretary in 1970. The LROC provide general narrative guidance regarding Lake Powell and Lake Mead operations but does not contain specific, objective criteria to guide annual operations. To address this inadequacy, the 2007 Interim Guidelines were developed to provide objective criteria used by the Department to implement the LROC. These guidelines have provided predictability needed by the entities that receive Colorado River water to better plan for and manage available water supplies from the Colorado River and other sources.

[2] The treaties, compacts, decrees, statutes, regulations, contracts, and other legal documents and agreements applicable to the allocation, appropriation, development, exportation, and management of the waters of the Colorado River Basin are often referred to as the "Law of the River." There is no single, universally-agreed upon definition of the "Law of the River," but it is useful as a shorthand reference to describe this longstanding and complex body of legal agreements governing the Colorado River.