ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

THOMAS K. SNODGRASS (Colo. Bar #31329)
Senior Attorney
JEFFREY N. CANDRIAN (Colo. Bar #43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5775 (Snodgrass)
Tel: (202) 532-3092 (Candrian)
Fax: (303) 844-1350
E-mail: thomas.snodgrass@usdoj.gov
E-mail: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY,

Plaintiffs,

v.

DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. Department of the Interior, and

Case No. 2:26-cv-02665-GMN-NJK

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFFS STATE OF NEVADA ET AL.'S COMPLAINT**

AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation,

Defendants.

Defendants DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation ("Defendants"), by and through the undersigned counsel, and in accordance with Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1, hereby move for an extension of time until December 10, 2026 to file their responsive pleading to the complaint (Dkt. No. 1) filed by Plaintiffs STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY ("Plaintiffs"). Plaintiffs state that they do not oppose this motion, but do not concur with all representations and characterizations set forth therein. This is the first request for an extension of Defendants' responsive pleading deadline.

Defendants set forth the following grounds for this motion:

1. On August 24, 2026, Plaintiffs filed this action. On August 31, 2026, Plaintiffs served the U.S. Attorney's Office with the summons and complaint. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' deadline to file their responsive pleading is currently October 30, 2026.[1]

2. Plaintiffs' complaint challenges Defendants' Record of Decision establishing a

[1] The State of Arizona moved to intervene on October 16, 2026 (Dkt. No. 15). That motion is pending and its proposed complaint has not been docketed.

10-year decision framework (2027-2036) for the coordinated operation of Lake Powell and Lake Mead on the Colorado River, two-year Operational Guidelines for operating years 2027-2028 for those coordinated operations, and supporting analysis completed in accordance with the National Environmental Policy Act.

3. Since the filing of the complaint, representatives of Defendants, including from the Bureau of Reclamation ("Reclamation"), have devoted extensive time to preparing for orderly river operations in calendar year 2027, including reviewing orders for lower Colorado River water, and developing and completing water delivery schedules, for calendar year 2027 in the Lower Basin. (The Lower Basin is located within the States of Arizona, California, and Nevada and operates on a calendar year, which begins January 1.) As required by applicable statutes, regulations, and federal contracts, dozens of entities—including states, municipalities, tribes, private corporations, and individuals—that hold lower Colorado River delivery entitlements submit water orders to Reclamation for the upcoming calendar year. These entities annually order water for irrigation of hundreds of thousands of acres within the Lower Basin, municipal water for millions of domestic water consumers, domestic and irrigation use on over a dozen tribal reservations, and other uses supporting billions of dollars in economic activity. After receipt of these orders, Reclamation conducts a technical analysis of the orders and engages with the entities, including to ensure the water orders do not exceed, among other things, amounts available for delivery under their contracts and reasonably required for beneficial use. Reclamation then develops and completes water delivery schedules by December. Reclamation commences deliveries of lower Colorado River Basin mainstream water on January 1. Completion of the annual water order process requires several months of complex planning and coordination.

4. Concurrently with Defendants' efforts to complete the 2027 lower Colorado River

water order process, representatives of the three Lower Division States have been engaged in complex negotiations in an effort to reach agreement on reduction-sharing among the States, including shortage mitigation measures and programs, for operating years 2027-2028. An agreement could help mitigate shortage impacts and provide predictability for millions of water users during the pendency of this litigation.

5. The lack of an agreement among the Lower Division States referenced in Paragraph 4 could have a significant effect on water orders for 2027, and potentially on water orders for 2028. Representatives of Defendants have also been engaged in complex contingency planning in the event the Lower Division States fail to reach an agreement. Defendants are actively monitoring and assisting with the reduction-sharing negotiations when requested by the Lower Division States.

6. Given the extensive time and resources that Defendants have devoted, and must continue devoting into November and December, to complete the water order process, and the limited staff time available for other work, Defendants have determined that they need additional time to prepare their responsive pleading. Counsel for Defendants therefore asked counsel for Plaintiffs if they would consent to an extension of their responsive pleading deadline. Plaintiffs subsequently agreed to an extension until December 10, 2026. In connection with these discussions, counsel for Defendants represented to counsel for Plaintiffs that Defendants currently intend to file a certified index of the administrative record by February 26, 2027 and to lodge the record or make the record available to Plaintiffs by that same date, but that this date could change due to subsequent case developments.

7. The foregoing circumstances constitute good cause for extending Defendants' answer deadline to December 10, 2026. Because there is no scheduling order in this case, the agreed-upon extension will not cause delay of any other deadlines in this matter. Defendants

intend to confer with Plaintiffs concerning further scheduling in this matter following the filing of their responsive pleading.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court enter an order extending their responsive pleading deadline until December 10, 2026. A proposed order is filed with this motion.

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED: _________________**

DATED: October 23, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

***/s/ Mark J. Widerschein***

THOMAS K. SNODGRASS (Colo. Bar #31329)
Senior Attorney
JEFFREY N. CANDRIAN (Colo. Bar # 43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5775 (Snodgrass)
Tel: (202) 532-3093 (Candrian)
Fax: (303) 844-1350
E-mail: thomas.snodgrass@usdoj.gov
E-mail: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney

U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C., 20002
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Mark Widerschein*
Mark Widerschein
U.S. Department of Justice