AARON FORD
Attorney General
Michelle D. Briggs (Bar No. 7617)
Special Counsel
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 486-3809
Email: mbriggs@ag.nv.gov

Attorneys for the State of Nevada and Colorado River Commission of Nevada

Gregory J. Walch (Bar No. 4780)
General Counsel
Southern Nevada Water Authority
1001 S. Valley View Blvd.
Las Vegas, NV 89153
Telephone: (702) 258-7155
Email: greg.walch@lvvwd.com

Attorney for the Southern Nevada Water Authority

Craig D. Galli
(Utah Bar No. 5072)
(*Pro Hac Vice*)
Holland & Hart LLP
222 S. Main St, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Email: cgalli@hollandhart.com

Murray D. Feldman
(Idaho Bar No. 4097)
(*Pro Hac Vice*)
Holland & Hart LLP
800 W. Main St, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Email: mfeldman@hollandhart.com

Sarah C. Bordelon
(Nevada Bar No. 14683)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: (775) 327-3011
Email: scbordelon@hollandhart.com

Hadassah (Dessa) Reimer
(Wyoming Bar No. 6-3825)
(*Pro Hac Vice*)
Holland & Hart LLP
645 South Cache Street, Suite 100
Jackson, WY 83001
Telephone: (307) 734-4517
Email: hmreimer@hollandhart.com

Attorneys for the Southern Nevada Water Authority

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY,

Plaintiffs,

v.

DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR,

Case No. 2:26-cv-02665-GMN-NJK

**NEVADA PLAINTIFFS' RESPONSE TO STATE OF ARIZONA'S MOTION TO INTERVENE [DKT. #15]**

a federal agency, U.S. BUREAU OF RECLAMATION, an agency withing the U.S. Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation,

Defendants.

The State of Nevada, Colorado River Commission of Nevada ("CRCN"), and Southern Nevada Water Authority ("SNWA") (collectively "Nevada Plaintiffs") submit this response to the State of Arizona's ("Arizona") Motion to Intervene [Dkt. #15].

Nevada Plaintiffs take no position on the relief requested in Arizona's motion to intervene. Additionally, Nevada Plaintiffs do not consent to or agree with all of the representations and characterizations contained in Arizona's moving papers [Dkt. #15] and proposed pleading [Dkt. #15-2] or referenced therein, and reserve the right to contest same in the course of these proceedings.

Respectfully submitted this 29th day of October, 2026.

AARON FORD
Attorney General

By: /s/ *Michelle D. Briggs* (with permission)
Michelle D. Briggs (Bar No. 7617)
Special Counsel
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 486-3809
Facsimile: (702) 486-3906
mbriggs@ag.nv.gov

*Attorneys for State of Nevada and Colorado River Commission of Nevada*

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

Gregory J. Walch (Bar No. 4780)
General Counsel
Southern Nevada Water Authority
1001 S. Valley View Blvd.
Las Vegas, NV 89153
Telephone: (702) 258-7155
greg.walch@lvvwd.com

By: /s/ *Sarah C. Bordelon*
Sarah C. Bordelon
(Nevada Bar No. 14683)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: (775) 327-3011
scbordelon@hollandhart.com

Craig D. Galli
(Utah Bar No. 5072)
(*Pro Hac Vice*)
Holland & Hart LLP
222 S. Main St, Suite 2200
Salt Lake City, UT 84101
Telephone (801) 799-5800
cgalli@hollandhart.com

Murray D. Feldman
(Idaho Bar No. 4097)
(*Pro Hac Vice*)
Holland & Hart LLP
800 W. Main St, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
mfeldman@hollandhart.com

Hadassah (Dessa) Reimer
(Wyoming Bar No. 6-3825
(*Pro Hac Vice*)
Holland & Hart LLP
645 South Cache Street, Suite 100
Jackson, WY 83001
Telephone: (307) 734-4517
hmreimer@hollandhart.com

*Attorneys for the Southern Nevada Water Authority*

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2026, a true and correct copy of the foregoing NEVADA PLAINTIFFS' RESPONSE TO STATE OF ARIZONA'S MOTION TO INTERVENE was served by submitting electronically for filing and/or service with the United States District Court's CM/ECF system in accordance with the E-service list.

*/s/ Jacqueline Asadsangabi*
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511