ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

THOMAS K. SNODGRASS (Colo. Bar #31329)
Senior Attorney
JEFFREY N. CANDRIAN (Colo. Bar #43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5775 (Snodgrass)
Tel: (202) 532-3092 (Candrian)
Fax: (303) 844-1350
E-mail: thomas.snodgrass@usdoj.gov
E-mail: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C., 20002
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA, COLORADO RIVER COMMISSION OF NEVADA, and SOUTHERN NEVADA WATER AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. | Case No. 2:26-cv-02665-GMN-NJK<br><br>**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE OF STATE OF ARIZONA** |

Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation,

Defendants.

Defendants DOUG BURGUM, in his official capacity as Secretary of the Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, a federal agency, U.S. BUREAU OF RECLAMATION, an agency within the U.S. Department of the Interior, and AUBREY BETTENCOURT, in her official capacity exercising the delegated authority of the Commissioner of the U.S. Bureau of Reclamation ("Defendants"), by and through the undersigned counsel, hereby respond to the MOTION TO INTERVENE OF THE STATE OF ARIZONA (Dkt. 15) ("Motion") by stating that they take no position on the Motion. Defendants reserve all defenses to the State of Arizona's proposed Complaint in Intervention for Declaratory and Injunctive Relief (Dkt. 15-2), should the Motion be granted.

DATED: October 30, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Thomas K. Snodgrass
THOMAS K. SNODGRASS (Colo. Bar #31329)
Senior Attorney
JEFFREY N. CANDRIAN (Colo. Bar # 43839)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5775 (Snodgrass)
Tel: (202) 532-3093 (Candrian)
Fax: (303) 844-1350
E-mail: thomas.snodgrass@usdoj.gov
E-mail: jeffrey.candrian@usdoj.gov

MARK J. WIDERSCHEIN (Ohio Bar No. 100162)
Trial Attorney
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
150 M St. NE
Washington, D.C., 20002
Tel: (202) 532-5803
E-mail: mark.widerschein@usdoj.gov
Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/Thomas K. Snodgrass
THOMAS K. SNODGRASS
U.S. Department of Justice